January 18, 2018



# JUDGMENT

## The Fourteenth Court of Appeals

SACHIM EMANUEL HOLDING D/B/A J. BRIDAL, Appellant

NO. 14-17-00858-CV             V.

STATEWIDE COMMERCIALS INS. BROKER, MOUNT VERNON FIRE INS. COMPANY, UNITED STATES LIABILITY INS. GROUP, GMP HOUSTON PROPERTY, LTD., AND BLISS & GLENNON, Appellees

_____

Today the Court heard appellant's motion to withdraw the appeal from the order signed by the court below on September 29, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.